Opinion approved by the Court.

John B. ADAMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27578.

Court of Criminal Appeals of Texas.

April 13, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM

Aggravated assault is the offense; the punishment, six months' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.